IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )             4:06CR3085<br>      v.                     )<br>                             )<br> JEFF BERAN,                  )<br>                             )         MEMORANDUM AND ORDER<br>            Defendant.       )<br>                             )  | |

   Defendant has moved for release to a long-term inpatient treatment program, and has supported the motion with an evaluation report.  (I shall have the report filed under seal.)  Defendant argues that his extensive criminal history of violent acts was the result of his drug addiction, and with treatment, he will not pose a threat to the safety of the community.  I disagree.  There are too many instances of violence to believe, "The Devil made me do it."  Defendant's history is an indicator of his future, unless he suffers consequences serious enough for him to accept responsibility for his own decisions.  If he is convicted, there will be opportunities for treatment from the Bureau of Prisons.

   IT THEREFORE HEREBY IS ORDERED:

   1.  The clerk shall file the report of substance abuse evaluation under seal.

   2.  The motion for release, filing 15, is denied.

   DATED this 11th day of August, 2006.

                                 BY THE COURT:

                                 s/ *David L. Piester*
                                 David L. Piester
                                 United States Magistrate Judge