```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )         4:06CR3085
      v.                       )
                               )
JEFF BERAN,                    )
                               )           ORDER
            Defendant.         )
                               )
```

IT IS ORDERED:

1. The motion of counsel for the defendant to withdraw, filing 20, is granted. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2. As the defendant cannot go to court without a lawyer, trial is therefore continued until further order.

3. The court finds that the ends of justice will be served by extending the trial date, and a period of two months, that is, the time between August 21, 2006 and October 20, 2006 shall be excluded from the calculation of speedy trial time for the reason that it is more important for the defendant to be represented by an attorney who is fully informed and prepared for trial than it is for the defendant to have a speedy trial, and that failure to extend the trial date might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge