IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3085 |
| v. | ) | |
| | ) | |
| JEFF BERAN, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

        New counsel has now entered his appearance and the case must be set for trial.  In order to allow new counsel sufficient time to prepare for trial, I shall schedule the trial allowing such time.  Because the defendant's interest in having his attorney well prepared for trial outweighs his and the public's interest in a speedy trial, I shall exclude most of that time.

        IT THEREFORE HEREBY IS ORDERED,

        1.  Trial of this matter is set to commence at 9:00 a.m., January 2, 2007 for a duration of four trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

        2.  Finding that a manifest injustice would result if the case is scheduled for trial within the original 70-day period allowed by the Speedy Trial Act, the time between this date and December 15, 2006 is excluded from the calculation of days under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(a) and (b)(iv).

        DATED this 20th day of October, 2006.

                        BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge