IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3085 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JEFF BERAN, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call with counsel was held.

IT IS ORDERED that a hearing on the defendant's <u>amended</u> plea of guilty is scheduled before the undersigned United States district judge on the 7th day of May, 2007, at the hour of 12:00 noon, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant shall be present for the hearing.

May 2, 2007.                                           BY THE COURT:

                                                        s/ *Richard G. Kopf*
                                                        United States District Judge