IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3085 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JEFF BERAN, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that the defendant's evidentiary hearing and sentencing are continued to Tuesday, June 12, 2007, from 12:00-1:00 p.m., before the undersigned United States are district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

May 18, 2007.            BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge