IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3085 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JEFF BERAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The attorney's motion to be paid (filing 67) is granted.

(2)     Defense counsel John Velasquez and Carlos Monzon shall submit their CJA vouchers to the Federal Public Defender by May 30, 2008.

(3)     The Clerk of Court shall provide a copy of this order to the Federal Public Defender, Mr. Velasquez and Mr. Monzon.

April 30, 2008.                          BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge