IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3085 |
| | ) | |
| V. | ) | |
| | ) | |
| JEFF BERAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Saline County Jail shall release Defendant Jeff Beran to his parents, Joe and Barbara Beran, on Wednesday, November 9, 2011, at 9:00 a.m. Joe and Barbara Beran shall deliver Jeff Beran to the A.R.C.H. Halfway House, 604 South 37th Street, Omaha, Nebraska, by 10:30 a.m. on November 9, 2011.

DATED this 8th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge